**Motion Denied; Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 12, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00095-CV

---

### IN RE DELCOR USA, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District court**
**Harris County, Texas**
**Trial Court Cause No. 2012-56262**

---

## MEMORANDUM OPINION

On February 6, 2013, relator filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County to vacate the order of the trial court signed January 29, 2013, transferring venue to Dallas County.

As a rule, permissive venue determinations are not reviewable by mandamus. *See In re Masonite Corp.*, 997 S.W.2d 194, 197 (Tex. 1999). Appeal is an adequate remedy

even though it involves delay and more expense than obtaining an extraordinary writ. *Id.* An appellate remedy may become inadequate under "exceptional circumstances." *Id.*

This case does not present any of the "extraordinary circumstances" that justify mandamus relief. *See In re Team Rocket, L.P.,* 256 S.W.3d 257, 262 (Tex. 2008). Accordingly, relator has not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus and also deny relator's related emergency motion to stay proceedings.

PER CURIAM

Panel consists of Justices Christopher, Jamison and McCally.